UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 25-mj-6045 (JTQ) |
| v. | : | |
| RAUL MENDOZA-BARRALES | : | **DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Alina Habba, United States Attorney for the District of New Jersey (Richard G. Shephard, Assistant United States Attorney, appearing) for an order pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and Title 18, United States Code, Section 3143(a)(1) to detain defendant Raul Mendoza-Barrales in the above-entitled matter; and defendant Raul Mendoza-Barrales (through counsel, Andrea G. Aldana, Assistant Federal Public Defender, appearing), having consented to detention and reserved the right to seek release at a later date; and for good cause shown:

IT IS, therefore, on June 25, 2025,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Raul Mendoza-Barrales be detained, and that he be committed to the custody of the Attorney General or his authorized representative; and it is further

ORDERED that such detention be without prejudice to defendant Raul

1

Mendoza-Barrales's right to seek release pursuant to Title 18, United States Code, Section 3142(f) at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Raul Mendoza-Barrales be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant Raul Mendoza-Barrales shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HONORABLE JUSTIN T. QUINN
UNITED STATES MAGISTRATE JUDGE